IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AMY EMBERY, Individually and as Parent and Natural Guardian of her Minor Children, P. S., and E. S. and PAYON SANCHEZ, now an adult, Plaintiffs, | ) ) ) ) ) ) |
| v. | ) CIVIL ACTION NO. ) 2:21-cv-00134-LGW-BWC ) NON-JURY |
| UNITED STATES OF AMERICA, Defendant. | ) ) |

## COMPLAINT

Come now Plaintiffs and file this Complaint against the United States of America and respectfully show the Court the following:

## JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. sec. 1346(b) in that this is an action for damages for personal injury against the United States of America under the Federal Tort Claims Act. Appropriate administrative claims were presented as set forth more fully hereinafter. It has been more than six months since administrative claims were presented and the government has not rejected the claims nor made any offers. Accordingly, Plaintiff have the right to bring this suit without final administrative action on the claim.

## VENUE

2. Venue is properly laid in this Court in that the wreck in question occurred in Brunswick, Glynn County, Georgia.

## PARTIES

3. Plaintiff Amy Embery, Individually and as Parent and Natural Guardian of her Minor Children, P. S., and E. S., is a citizen of the United States and is a resident of Glynn County, Georgia.

4. Plaintiff Payon Sanchez is a citizen of the United States and a resident of Glynn County, Georgia.

5. When Amy Embery first submitted administrative claims on behalf of herself and her children, P. and E., using Form 95 and attachments, both children were minors. While the original claim was pending, P. reached the age of majority. Out of an abundance of caution Amy Emery and Payon submitted new Form 95's. The government has expressed a desire to proceed under the original forms as amended to set forth new medical treatment, and the Plaintiffs have expressed willingness to proceed in that manner should it result in a fair settlement.

6. Defendant United States of America is being sued under the Federal Tort Claims Act case. As set out more fully, an operator of a motor vehicle, although a non-federal police officer, was on loan to the Federal Bureau of Investigation and/or the Department of Justice, and was acting in the course and scope of

7. On January 31, 2016, Ronald Lee Cooper, a Glynn County Police Officer, who was at the time acting as an agent of the U.S. Department of Justice and the Federal Bureau of Investigation, was operating the sport utility vehicle in the course and scope of his assignment with the United States.

8. On that date, Cooper operated the vehicle with reckless disregard for proper law enforcement procedures in pursuing a fleeing suspect.

9. Plaintiff's then minor children P. S. and still minor child E. S. were passengers in a motor vehicle being operated by Amser Perez-Santos.

10. Defendant Cooper was driving north on Wolfe Street approaching its intersection with First Street in Brunswick, Glynn County, Georgia.

11. Mr. Perez-Santos was driving westbound on First Street approaching its intersection with Wolfe Street.

12. Cooper was driving at an excessive rate of speed.

13. As a result of the reckless conduct of Defendant Cooper the vehicles collided.

14. As a result of the collision, Plaintiff's minor children were seriously and permanently injured in body and mind have received medical treatment and will in the future require additional treatment.

15. As a result of the collision, Plaintiff has incurred on behalf of her

minor children the following bills for medical treatment:

P.

| | |
|---|---|
| Southeast Georgia Health System Brunswick | $1,347.20 |
| Emergency Resource Group | $1,006.00 |
| Glynn County Fire EMS | $462.50 |
| Radiology Consultants | $149.00 |
| Emerald Isle Counseling | $1,368.00 |
| Brunswick Pediatrics | $250.00 |
| Summit Sports Medicine | $1,543.00 |
| American Health Imaging | $2,225.00 |
| Advance Rehabilitation | $1,448.00 |

E.

| | |
|---|---|
| Southeast Georgia Health System Brunswick | $6,533.85 |
| Emergency Resource Group | $2,110.00 |
| Southern Orthopaedics | $655.00 |
| Crandall Eye Care | $780.00 |
| Coastal Georgia Child Neurology | $1,690.00 |
| Brunswick Pediatrics | $410.00 |
| Emerald Isle Counseling | $1,573.32 |

| | |
|---|---|
| Summit Sports Medicine | $452.00 |
| Advance Rehab | $1,542.00 |
| Radiology Consultants | $520.00 |
| Frederica Imaging | $25.00 |
| American Health Imaging | $17,040.00 |
| American Eye care Centers | $235.00 |
| Savannah Neurology Specialists | $1,187.00 |
| Neurological and Spine Institute Dr. Thompson | $625.00 |
| Savannah Eye Doctor Dr. Devaro | $859.00 |
| Memorial Health University Radiology/ Imaging Center | $480.00 |
| Total | $36,717.17 |

16. Plaintiffs have met all conditions precedent to bringing this claim.

17. The United States is liable for all damages as set forth above caused by the negligence of its agent Cooper.

Wherefore, Plaintiffs pray as follows:

a. That Plaintiff Embery recover for all special damages set forth above and general damages suffered by E. in the sum of $1,000,000 less his special damages;

b. That either Plaintiff Embery or Sanchez recover for the general

damages of Sanchez in the sum of $1,000,000 less her special damages.

This 28th day of December, 2021.

                                      **KILLIAN LAW FIRM, LLC**

By: _____
          Robert P. Killian
          Georgia State Bar No: 417575

47 Professional Drive
Brunswick, Georgia 31520
Telephone (912) 263-9520
Facsimile (912) 263-9529
bob@killianlawfirm.com         ATTORNEY FOR PLAINTIFFS