# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| AMY EMBERY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CV 221-134 |

### ORDER

By Order dated February 2, 2023, the Court ordered Plaintiff Emmanuel Sanchez to either "show cause by providing the Court with his current contact information within 14 days of this Order," or, alternatively, by "fil[ing] a response either opposing or indicating his lack of opposition to Defendant's Motion to Dismiss within 14 days." Dkt. No. 37 at 1, 2. The Court advised Sanchez that "[i]f [he] fails to file a timely response to this Order, the Court will dismiss him from this cause of action." Id. at 2 (citing S.D. Ga. L.R. 41.1). Sanchez has filed no response, and the time for doing so has passed. Accordingly, Emmanuel Sanchez is **DISMISSED without prejudice** as a plaintiff in this action. As such, Defendant's motion to dismiss, dkt. no. 36, is **DENIED as moot.** The remaining Plaintiffs' claims are still pending.

**SO ORDERED**, this 22 day of February, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA